**Jack Arthur FUNK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40123.**

Missouri Court of Appeals,
Western District.

Aug. 9, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

---

Sean O'Brien, Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., L. Timothy Wilson, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).